# In the United States Court of Federal Claims

No. 19-1164C

(E-Filed: January 5, 2022)

|  |  |
|---|---|
| EMBLEMHEALTH, INC, HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

    On January 4, 2022, pursuant to the court's November 4, 2021 order, the parties filed a joint status report in this case. See ECF No. 16. Therein, the parties report that "the [g]overnment is working with a number of CSR [cost sharing reductions] plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases." Id. at 1. In that regard, the parties request to continue the stay of this case and file their joint status reports every sixty days versus every thirty days, with the next joint status report to be filed by March 4, 2022. Id. at 2.

    The court commends the parties' cooperation in resolving these cases without further litigation. The court will continue the stay in this case indefinitely and order the filing of reoccurring joint status reports every sixty days until further order from the court.

    Accordingly, for good cause shown:

(1)    The clerk's office is directed to continue the **STAY** of this case until further order of the court; and

(2)   On or before **March 4, 2022,** and every **sixty days** thereafter, the parties are directed to **FILE** a **joint status report** informing the court of the status of the parties' discussions to resolve this matter without further litigation and the parties' position on the continuation of the current stay.

IT IS SO ORDERED.

                                              s/Patricia E. Campbell-Smith
                                              PATRICIA E. CAMPBELL-SMITH
                                              Judge