IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EMBLEMHEALTH, INC.<br>HEALTH INSURANCE PLAN OF<br>GREATER NEW YORK, INC. ET AL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES,<br><br>　　　　　　Defendant. | Case No. 19-1164<br><br>Judge Campbell-Smith |

**JOINT STATUS REPORT**

Pursuant to the Court's January 5, 2022 order (ECF No. 17), the parties respectfully submit this Joint Status Report. The January 5 order continued the stay in these proceedings and directed the parties to file a joint status report proposing further proceedings by March 4, 2022 and every 60 days thereafter.

This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases. The parties request that the Court continue the stay in this case until May 3, 2022 to provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. As the parties reported previously, counsel for a large number of plaintiff health plans shared a proposal with the Government on December 3, 2021.

The Government is currently reviewing the CSR plaintiffs' December 3, 2021 proposal and is consulting with the client agency and its actuaries. The Government hopes to provide CSR plaintiffs with a substantive response soon. Plaintiffs here have expressed a willingness to consider seriously the method, if any, that the Government is able to agree to with the other CSR

plaintiffs for resolving or streamlining the CSR cases.  The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time for these efforts.

Accordingly, the parties jointly request that the Court continue the stay in this case until May 3, 2022 to file the next joint status report (as contemplated by the Court's January 5 order) in which the parties will update the Court on the status of their efforts to fully resolve this matter.

Respectfully submitted,

| | |
|---|---|
| s/ Edward J. Meehan<br>Edward J. Meehan, Esq.<br>Tamara S. Killion, Esq.<br>Ryan C. Temme, Esq.<br>1701 Pennsylvania Ave., N.W.<br>Washington, DC 20006<br>P: (202) 857-0620<br>F: (202) 659-4503<br>E: emeehan@groom.com<br>E: tkillion@groom.com | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director<br><br>s/ Albert S. Iarossi<br>ALBERT S. IAROSSI<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:  (202) 616-3755<br>Facsimile:   (202) 514-8624<br>Email:        Albert.S.Iarossi@usdoj.gov<br><br>OF COUNSEL:<br><br>DAVID M. KERR<br>Trial Attorney<br>Civil Division<br>U.S. Department of Justice |
| March 4, 2022 | Counsel for Defendant |