# In the United States Court of Federal Claims

No. 19-1164C
(E-Filed: January 9, 2023)

|  |  |
|---|---|
| EMBLEMHEALTH, INC, HEALTH INSURANCE PLAN OF GREATER NEW YORK, INC, <u>et al.</u>, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER

Pursuant to the court's January 5, 2022 status report order, the parties' joint status report was due to have been filed on or before January 6, 2023, in this case. <u>See</u> ECF No. 17. The court will <u>sua sponte</u> afford the parties an additional week, to and including January 13, 2023, within in which to file their joint status report.

Accordingly:

(1) The clerk's office is directed to continue the **STAY** of this case until further order of the court; and

(2) On or before **January 13, 2023,** and every **sixty days** thereafter, the parties are directed to **FILE** a **joint status report** informing the court of the status of the parties' discussions to resolve this matter without further litigation and the parties' position on the continuation of the current stay.

IT IS SO ORDERED.

                                                                  s/Patricia E. Campbell-Smith
                                                                  PATRICIA E. CAMPBELL-SMITH
                                                                  Judge